JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUFEI MIAO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETE R. FLORES, et al.,<br><br>　　　　Defendants. | No. 8:24-cv-02632-DFM<br><br>**JUDGMENT**<br><br>Hon. Douglas F. McCormick<br>United States Magistrate Judge |

UPON CONSIDERATION of Defendants' motion to dismiss, the papers filed in support and opposition, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
Hon. Douglas F. McCormick
United States Magistrate Judge